# Michael Fineman, Esq.
## Attorney & Counselor at Law

305 Broadway, Seventh Floor New York, New York 10007 Tel: 212-897-5823 Fax: 212-897-5824
www.TheFinemanFirm.com

April 14, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06
```

Re:   United States . Douglas Shyne, et. al.
      S2 05 Cr. 1067

Dear Judge Karas:

I am the attorney for Nathaniel Alexander, one of the defendants in the above captioned matter. I am writing you to request an extension until May 15, 2006 to file any pre-trial motions in this matter. Mr. Alexander was arraigned in the Federal Court for the Southern District on February 14, 2006. I have spent a great deal of time reviewing the government's voluminous discovery, and I have been actively negotiating with the government seeking a resolution of this matter with respect to Mr. Alexander. I have not requested any previous extensions to submit motions in this case, and AUSA Perry has advised me that she does not object to this request.

Respectfully,

Michael Fineman, Esq. (MF-0282)

cc: AUSA Danya Perry (via E-mail)

So Ordered.

/s/ KMK
4/17/06