United State District Court
Southern District of New York
------------------------------------------------------------------------ x

United States of America,

               -against-

Douglas Shyne,
Natasha Singh,
      AKA Beatris Rodrigues,
Christine Richardson,
      AKA Deokali C. Richardson,
Nathaniel Shyne,
Toybe Bennett,
      AKA Dmitriy Makarevich,
      AKA Dmitriy Makervich,
      AKA Eduardo Rodrigues,
      AKA Cecilio Pena,
Roberto Montgomery,
Ephraim Richardson,
Naresh Pitambar,
Jason Watler,
Steven Riddick,
Nathaniel Alexander, and
Timothy Montgomery,

      Defendants.

**AFFIRMATION BY DEFENDANT IN SUPPORT IF HIS OMNIBUS MOTION**

------------------------------------------------------------------------ x

     I, Nathaniel Alexander, a defendant in the above captioned matter, being duly sworn, do depose as follows:

1.   On or about February 9, 2006, at approximately 6:00 AM, three federal agents, none of which I know the name of, appeared at my home informing me that I was under arrest. Some, if not all the agents had their firearms drawn, and held at their sides.

2.   At that time, the agents placed handcuffs on me and entered my home without asking me for permission, and as against my will.

3.   I was taken to my dining room, where one of the agents proceeded to question me in great detail concerning my involvement with the conduct alleged in the indictments which have been brought against me.

4.   As the one agent was questioning me, the other two agents proceeded to walk through out my home without my permission. I was never shown a search warrant.

5.   At no time was I informed of my right against self incrimination, or my right to an attorney.

6.   I was asked numerous questions, and I answered them as a result of being intimidated by the conduct of the federal agents.

7.   Once the agent who was questioning me was finished, I was taken to a federal building in Virginia.

8.   At approximately 8:00 AM, while at the federal building, the agent who questioned me in my home came to me and demanded that help him locate my codefendant Steven Riddick. I was given my cellular telephone and instructed to make a number of calls to help the agents find Mr. Riddick.

9.   At approximately 9:00 AM, the above-mentioned agent approached me again. This time with a document that he demanded that I sign. The agent informed me that it was what is commonly called Miranda warnings. As I already answered all the agent's questions under duress in my home, I signed the document.

10.  The agent then showed me a written statement that he had prepared for me and demanded that I sign it as well. Now that I was apprised of my rights, I requested to call my Virginia attorney. I was permitted to use my cellular telephone to call my lawyer, and after a brief conversation with an employee of my attorney's firm, refused to sign the statement.

11.  My attorney, Michael Fineman, Esq., who is representing me in the Federal Court in New York, advised me that the time on the Miranda document was changed from 9:00 AM to 8:30 AM. This change was not made in my presence on the day I was arrested, and I was never informed by the agents that arrested that such a change was made.

Nathaniel Alexander

Subscribed and Sworn to before me on 30ᵗʰ day of ___MAY___, 2006

NOTARY PUBLIC

My commission expires: July 31, 2006