

# Call Detail (Continued)

**757-635-1770**

User Name: NATHANIEL L. ALEXANDER JR

Rate Code: RM40=Rollover FM 4000, UNW9=Unlimited N&W, ESM1=Unlimited Expd M2M, DFMR=Call Delivery
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2MC=EXPANDED M2M, VM=MESSAGE PLUS, FMR=Call Delivery Service

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 595 | | 02/07 | 2:17PM | 757-388-3000 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 596 | ✓ | 02/07 | 2:19PM | 757-461-4900 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 597 | ✓ | 02/07 | 2:19PM | 410-530-4141 | VOICEM CL | 2 | RM40 | DT | VM | | | 0.00 |
| 598 | ✓ | 02/07 | 2:43PM | 757-388-3000 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 599 | | 02/07 | 2:58PM | 757-635-4506 | INCOMI CL | 7 | ESM1 | DT | M2MC | | | 0.00 |
| 600 | | 02/07 | 3:05PM | 757-635-4506 | INCOMI CL | 2 | ESM1 | DT | M2MC | | | 0.00 |
| 601 | | 02/07 | 3:12PM | 757-388-3000 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 602 | | 02/07 | 3:17PM | 757-461-4900 | NORFOL VA | 5 | RM40 | DT | | | | 0.00 |
| 603 | | 02/07 | 4:33PM | 757-404-3629 | PORTSM VA | 1 | RM40 | DT | | | | 0.00 |
| 604 | | 02/07 | 4:50PM | 757-635-4506 | VIRGIN VA | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 605 | | 02/07 | 4:52PM | 757-635-4506 | INCOMI CL | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 606 | | 02/07 | 4:53PM | 757-635-4506 | INCOMI CL | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 607 | | 02/07 | 5:04PM | 757-388-3000 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 608 | | 02/07 | 5:18PM | 757-404-3629 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 609 | | 02/07 | 5:23PM | 757-635-4506 | VIRGIN VA | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 610 | | 02/07 | 5:50PM | 757-404-3629 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 611 | | 02/07 | 5:54PM | 757-547-4358 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 612 | | 02/07 | 5:55PM | 757-635-4506 | VIRGIN VA | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 613 | | 02/07 | 5:57PM | 757-328-6364 | VIRGIN VA | 2 | RM40 | DT | | | | 0.00 |
| 614 | | 02/07 | 6:05PM | 757-216-8036 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 615 | | 02/07 | 6:29PM | 757-574-3288 | INCOMI CL | 13 | RM40 | DT | | | | 0.00 |
| 616 | | 02/07 | 9:37PM | 410-530-4141 | VOICEM CL | 1 | UNW9 | NW | VM | | | 0.00 |
| 617 | | 02/07 | 9:38PM | 410-530-4141 | VOICEM CL | 1 | UNW9 | NW | VM | | | 0.00 |
| 618 | | 02/07 | 9:39PM | 410-530-4141 | VOICEM CL | 1 | UNW9 | NW | VM | | | 0.00 |
| 619 | | 02/07 | 9:45PM | 757-404-3629 | PORTSM VA | 1 | UNW9 | NW | | | | 0.00 |
| 620 | | 02/07 | 9:51PM | 757-404-3629 | INCOMI CL | 1 | UNW9 | NW | | | | 0.00 |
| 621 | | 02/07 | 9:56PM | 757-000-0411 | DA Call | 1 | UNW9 | NW | | | 1.50 | 1.50 |
| 622 | | 02/07 | 9:57PM | 757-000-0411 | DA Call | 2 | UNW9 | NW | | | 1.50 | 1.50 |
| 623 | | 02/07 | 9:59PM | 757-488-8477 | PORTSM VA | 2 | UNW9 | NW | | | | 0.00 |
| 624 | | 02/07 | 10:04PM | 757-488-8477 | PORTSM VA | 1 | UNW9 | NW | | | | 0.00 |
| 625 | WED | 02/08 | 9:11AM | 757-216-8036 | NORFOL VA | 9 | RM40 | DT | | | | 0.00 |
| 626 | | 02/08 | 10:03AM | 757-963-0777 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 627 | | 02/08 | 10:04AM | 757-480-2121 | NORFOL VA | 6 | RM40 | DT | | | | 0.00 |
| 628 | | 02/08 | 10:12AM | 757-664-6612 | VIRGIN VA | 1 | RM40 | DT | | | | 0.00 |
| 629 | | 02/08 | 10:44AM | 757-216-8036 | INCOMI CL | 4 | RM40 | DT | | | | 0.00 |
| 630 | | 02/08 | 11:08AM | 757-664-6612 | VIRGIN VA | 1 | RM40 | DT | | | | 0.00 |
| 631 | | 02/08 | 11:18AM | 757-216-8036 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 632 | | 02/08 | 12:16PM | 757-216-8036 | INCOMI CL | 3 | RM40 | DT | | | | 0.00 |
| 633 | | 02/08 | 2:25PM | 757-717-3615 | INCOMI CL | 3 | RM40 | DT | | | | 0.00 |
| 634 | | 02/08 | 2:37PM | 757-717-6076 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 635 | | 02/08 | 3:27PM | 757-410-5464 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 636 | | 02/08 | 4:04PM | 757-635-4506 | INCOMI CL | 5 | ESM1 | DT | M2MC | | | 0.00 |
| 637 | | 02/08 | 4:49PM | 804-305-6735 | INCOMI CL | 4 | RM40 | DT | | | | 0.00 |
| 638 | | 02/08 | 5:14PM | 757-404-3629 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 639 | | 02/08 | 5:37PM | 757-635-4506 | INCOMI CL | 1 | ESM1 | DT | M2MC | | | 0.00 |
| 640 | | 02/08 | 7:23PM | 757-488-2675 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 641 | | 02/08 | 8:12PM | 757-216-8036 | NORFOL VA | 3 | RM40 | DT | | | | 0.00 |
| 642 | | 02/08 | 8:15PM | 757-404-3629 | PORTSM VA | 1 | RM40 | DT | | | | 0.00 |
| 643 | | 02/08 | 8:15PM | 757-216-8036 | NORFOL VA | 5 | RM40 | DT | | | | 0.00 |
| 644 | | 02/08 | 8:19PM | 757-488-2675 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 645 | | 02/08 | 8:20PM | 757-574-3288 | GREAT VA | 1 | RM40 | DT | | | | 0.00 |
| 646 | | 02/08 | 8:21PM | 704-549-4521 | CHARLO NC | 1 | RM40 | DT | | | | 0.00 |
| 647 | | 02/08 | 8:27PM | 757-574-3288 | INCOMI CL | 9 | RM40 | DT | | | | 0.00 |
| 648 | THU | 02/09 | 8:05AM | 757-237-3831 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |



# Call Detail (Continued)

**757-635-1770**

User Name: NATHANIEL L. ALEXANDER JR

Billing Cycle Date: 01/15/06 - 02/14/06
Account Number: 854505156

Rate Code: RM40=Rollover FM 4000, UNW9=Unlimited N&W, ESM1=Unlimited Expd M2M, DFMR=Call Delivery
Rate Period (PD): DT=Daytime, NW=Nwknd
Feature: M2MC=EXPANDED M2M, VM=MESSAGE PLUS, FMR=Call Delivery Service

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 649 | | 02/09 | 8:06AM | 757-598-0244 | POQUOS VA | 1 | RM40 | DT | | | | 0.00 |
| 650 | | 02/09 | 8:07AM | 757-237-3831 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 651 | | 02/09 | 8:07AM | 757-237-3831 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 652 | | 02/09 | 8:19AM | 757-201-3060 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 653 | | 02/09 | 8:32AM | 757-237-3832 | NORFOL VA | 2 | RM40 | DT | | | | 0.00 |
| 654 | | 02/09 | 8:53AM | 757-404-3629 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 655 | | 02/09 | 8:53AM | 757-963-0777 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 656 | | 02/09 | 9:05AM | 757-461-4900 | NORFOL VA | 2 | RM40 | DT | | | | 0.00 |
| 657 | | 02/09 | 9:06AM | 757-328-6364 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 658 | | 02/09 | 5:01PM | 410-530-4141 | VOICEM CL | 5 | RM40 | DT | VM | | | 0.00 |
| 659 | | 02/09 | 5:07PM | 410-530-4141 | VOICEM CL | 1 | RM40 | DT | VM | | | 0.00 |
| 660 | | 02/09 | 5:08PM | 800-550-4250 | 800 To CL | 2 | RM40 | DT | | | | 0.00 |
| 661 | | 02/09 | 5:09PM | 757-362-1889 | VIRGIN VA | 9 | ESM1 | DT | M2MC | | | 0.00 |
| 662 | | 02/09 | 6:57PM | 757-404-3629 | PORTSM VA | 2 | RM40 | DT | | | | 0.00 |
| 663 | | 02/09 | 6:59PM | 757-963-0777 | NORFOL VA | 2 | RM40 | DT | | | | 0.00 |
| 664 | | 02/09 | 7:45PM | 757-488-2675 | PORTSM VA | 2 | RM40 | DT | | | | 0.00 |
| 665 | | 02/09 | 9:28PM | 757-515-5476 | INCOMI CL | 2 | UNW9 | NW | | | | 0.00 |
| 666 | FRI | 02/10 | 2:28AM | 757-222-7411 | NORFOL VA | 2 | UNW9 | NW | | | | 0.00 |
| 667 | | 02/10 | 8:18AM | 757-635-1770 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 668 | | 02/10 | 8:18AM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 669 | | 02/10 | 8:48AM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 670 | | 02/10 | 8:48AM | 757-635-1770 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 671 | | 02/10 | 8:56AM | 215/Follow Me | FOLLOW ME | 1 | DFMR | DT | FMR | | | 0.00 |
| 672 | | 02/10 | 8:56AM | 757-635-1770 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 673 | | 02/10 | 9:05AM | 757-328-6364 | VIRGIN VA | 2 | RM40 | DT | | | | 0.00 |
| 674 | | 02/10 | 9:07AM | 757-328-6364 | VIRGIN VA | 2 | RM40 | DT | | | | 0.00 |
| 675 | | 02/10 | 9:09AM | 757-461-4900 | NORFOL VA | 2 | RM40 | DT | | | | 0.00 |
| 676 | | 02/10 | 9:34AM | 757-635-1770 | INCOMI CL | 7 | RM40 | DT | | | | 0.00 |
| 677 | | 02/10 | 9:34AM | 215/Follow Me | FOLLOW ME | 7 | DFMR | DT | FMR | | | 0.00 |
| 678 | | 02/10 | 9:44AM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 679 | | 02/10 | 9:44AM | 757-635-1770 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 680 | | 02/10 | 9:52AM | 215/Follow Me | FOLLOW ME | 1 | DFMR | DT | FMR | | | 0.00 |
| 681 | | 02/10 | 9:52AM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 682 | | 02/10 | 9:55AM | 757-857-4501 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 683 | | 02/10 | 10:12AM | 215/Follow Me | FOLLOW ME | 1 | DFMR | DT | FMR | | | 0.00 |
| 684 | | 02/10 | 10:15AM | 757-348-9071 | NORFOL VA | 2 | RM40 | DT | | | | 0.00 |
| 685 | | 02/10 | 10:17AM | 215/Follow Me | FOLLOW ME | 1 | DFMR | DT | FMR | | | 0.00 |
| 686 | | 02/10 | 2:24PM | 410-530-4141 | CATONS MD | 1 | RM40 | DT | | | | 0.00 |
| 687 | | 02/10 | 2:26PM | 757-857-4501 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 688 | | 02/10 | 2:27PM | 757-640-3082 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 689 | | 02/10 | 2:27PM | 757-640-3082 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 690 | | 02/10 | 2:32PM | 757-857-4501 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 691 | | 02/10 | 2:35PM | 757-635-1770 | INCOMI CL | 2 | RM40 | DT | | | | 0.00 |
| 692 | | 02/10 | 2:35PM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 693 | | 02/10 | 2:37PM | 757-328-6364 | VIRGIN VA | 2 | RM40 | DT | | | | 0.00 |
| 694 | | 02/10 | 2:39PM | 757-640-3082 | NORFOL VA | 1 | RM40 | DT | | | | 0.00 |
| 695 | | 02/10 | 2:43PM | 215/Follow Me | FOLLOW ME | 3 | DFMR | DT | FMR | | | 0.00 |
| 696 | | 02/10 | 2:43PM | 757-635-1770 | INCOMI CL | 3 | RM40 | DT | | | | 0.00 |
| 697 | | 02/10 | 2:46PM | 410-530-4141 | CATONS MD | 1 | RM40 | DT | | | | 0.00 |
| 698 | | 02/10 | 2:47PM | 757-461-4900 | NORFOL VA | 3 | RM40 | DT | | | | 0.00 |
| 699 | | 02/10 | 2:49PM | 215/Follow Me | FOLLOW ME | 2 | DFMR | DT | FMR | | | 0.00 |
| 700 | | 02/10 | 2:49PM | 757-635-1770 | INCOMI CL | 1 | RM40 | DT | | | | 0.00 |
| 701 | | 02/10 | 2:51PM | 757-328-6364 | VIRGIN VA | 2 | RM40 | DT | | | | 0.00 |
| 702 | | 02/10 | 2:53PM | 410-530-4141 | CATONS MD | 2 | RM40 | DT | | | | 0.00 |

# KALFUS & NACHMAN, P.C.

Attorneys At Law
870 North Military Highway, Suite 300
Post Office Box 12889
Norfolk, Virginia 23541-0889

South Hampton Roads (757) 461-4900, Peninsula (757) 245-4900
Southwestern Virginia (540) 345-4878, Northeastern North Carolina (252) 225-4878
Facsimile (757) 461-1518, Toll Free Facsimile (800) 340-5935

## CONFIDENTIAL INFORMATION

The information transmitted with this facsimile cover sheet is privileged, confidential, and intended only for the use of the individual or entity named below. If you are not the intended recipient, please be advised that any dissemination, distribution or copying of all or any portion of this transmission is strictly prohibited. If you have received this facsimile in error, please notify us by telephone and return the original message to us at the address above via the U.S. Postal Service.

## TRANSMITTAL COVER SHEET

To:     Michael Fineman, Esq.

Facsimile No.:   (212) 897-5824                    From: A. J. Kalfus

Reference:   Nathaniel L. Alexander, Jr.

Message:

See attached.


Date:   March 6, 2006                              No. Pages:   2


Original Being Mailed: _____ Yes  _____ No

If you do not receive all of the pages or are not receiving a clear copy, please call (757) 461-4900.