## AFFIRMATION OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

    **MICHAEL FINEMAN**, an attorney admitted under the laws of this State, being duly sworn, deposes affirms, and says that deponent is not a party to the within action, is over 18 years of age and resides in the State of New York, County of Kings.

    That on the 1st day of June, 2006 deponent served the within **Omnibus Motion** upon:

Danya Perry
United States Attorney's Office
One Saint Andrew's Plaza.
New York, NY 10007

The attorney for the government in this action, at the above address(es) designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

All other attorneys served via Electronic Case Filing (ECF).

Dated: New York, New York
       June 1, 2006

                                                  _____
                                                  MICHAEL FINEMAN, ESQ.