# M THE LAW OFFICE OF
# ichael Fineman, Esq.

305 Broadway, Seventh Floor New York, New York 10007 Tel: 212-897-5823 Fax: 212-897-5824
626 EAB Plaza, Uniondale, New York 11556 Tel: 516-522-2770
www.TheFinemanFirm.com

June 13, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/06

Re: United States v. Douglas Shyne, et. al.
S2 05 Cr. 1067

Dear Judge Karas:

I have received Ms. Perry's request for an extension of time to respond to the motion I have made on behalf of my client. Although the government did not contact me to inquire if I consent to this extension of time – as per Your Honor's individual practices – have no objection and look forward to fully litigating the issues presented in the motion. In the event that Your Honor grants the government an extension, I would request an extension of time to reply to the government's papers. My reply is currently due on June 26, 2006; thus, I would respectfully request that Your Honor grant me an extension until June 30, 2006 to file my reply papers.

Respectfully,

Michael Fineman, Esq. (MF-0282)

cc: AUSA Danya Perry (via facsimile)

Mr. Alexander is given until June 30 to file his reply papers.

SO ORDERED

KENNETH M. KARAS U.S.D.J.