

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2006

**BY FAX**

ATTACHED LIST OF COUNSEL

    Re:   United States v. Douglas Shyne, et al.
             S2 05 Cr. 1067 (KMK)

Dear Counsel:

    This letter provides continuing discovery pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure. Based on your request for discovery in this case, certain documents received pursuant to subpoena (Bates numbered 4157-6775) will be sent to you by Federal Express tomorrow by our outside copying company, D.I. Solutions.

    I will be sending additional materials tomorrow under separate cover to each of the defendants added in the second Superseding Indictment, including any statements, materials recovered incident to arrest, etc.

    Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

                             Very truly yours,

                             MICHAEL J. GARCIA
                             United States Attorney
                             Southern District of New York

                          By: _____
                             E. Danya Perry
                             Assistant United States Attorney
                             (212) 637-2434

```
*************** -COMM. JOURNAL- ******************** DATE MAR-21-2006 ***** TIME 17:23 *********

        MODE = MEMORY TRANSMISSION        START=MAR-21 17:22    END=MAR-21 17:23

        FILE NO.=331

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                PAGES      DURATION
  NO.            ABBR NO.

  001    OK        &         912128975824                        003/003    00:00:57


                                                    -US ATTORNEY              -
  ****************************** -             - ***** -     212 637 2620-  *********
```



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, SDNY
100 CHURCH STREET
NEW YORK, NY 10007

******************************************************************************

From: AUSA Danya Perry

Office Phone No.: 212-637-2434

Fax Number: 212-637-2660

No. pages (including cover sheet):

Date sent: 3/21/06
******************************************************************************

---

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

---

******************************************************************************

To: Michael Fineman

Office Phone No.:

Fax Number: 212-897-5824

Remarks:



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2006

**BY FEDERAL EXPRESS**

ATTACHED LIST OF COUNSEL

      Re:    United States v. Douglas Shyne, et al.
              S2 05 Cr. 1067 (KMK)

Dear Counsel:

      This letter provides continuing discovery pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure. Based on your request for discovery in this case, I have enclosed copies of the following materials:

1. To counsel for defendant Riddick: statements made incident to arrest, materials incident to arrest, and credit report (Bates numbered SR 100-13).

2. To counsel for defendant Alexander: statements made incident to arrest, materials incident to arrest, and credit report (Bates numbered NA 100-21).

3. To counsel for defendant Pitambar: statements made incident to arrest and materials incident to arrest (Bates numbered NP 100-23).

4. To counsel for defendant Watler: statements made incident to arrest and materials incident to arrest (Bates numbered 100-17).

5. To counsel for defendant Ephraim Richardson: materials incident to arrest (Bates numbered ER 100-44). Please note that while we have produced certain of the documents recovered incident to arrest, numerous additional documents were recovered as well at the time of arrest (including notes, bills, mail, three cell phones, a desktop computer, etc.), some of which are in the name of defendant Christine Richardson. Should you wish to inspect these documents, they will of course be made available to you.

6. To counsel for defendant Christine Richardson: Medical assistance applications and related documents and certain of the documents

recovered incident to the arrest of Ephraim Richardson (Bates numbered CR 110-57 and ER 109-44). Please note that numerous additional documents were recovered from Ephraim Richardson as well (including notes, bills, mail, three cell phones, a desktop computer, etc.), some of which are in the name of defendant Christine Richardson. Should you wish to inspect these documents, they will of course be made available to you.

Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

Encls.

**FedEx Express US Airbill**

FedEx Tracking Number: 8558 2827 1402

Date: 3/22/06
Sender's FedEx Account Number: 1425-8107-8
Sender's Name: AUSA D Perry
Phone: 212 637-1047
Company: USDOJ/US ATTY OFC
Address: 1 SAINT ANDREWS PLZ
City: NEW YORK  State: NY  ZIP: 10007-1701

Recipient's Name: Michael Fineman
Company:
Address: 305 Broadway, 7th fl
City: NY  State: NY  ZIP: 10007

0325538206

**4a Express Package Service** — FedEx First Overnight (checked)

**5 Packaging** — FedEx Envelope (checked)

**7 Payment** — Sender (checked)

519

SPH43  0215