2/9/06

In or about April 2005 I received a check from an individual (A) who wanted to buy my business for $150 k based on equipment and ~~ ... ~~ me stay on in the business for 3 months.

A gave me an 850 k check and he told me that the surplus (700k) was for to be paid to other people.

I remember filling out 3 checks, two of them checks were for 60K and 25K. The payees were probably left blank.

The 850k check never cleared. a second check for 375 k was given to me by A. This check also did not clear.

The second check (375k) was this amount because A cut out a lot of the middle men.

R. Corne

Agent.

2/9/04   0930

-K850 check if... from he close out