```
SUNTRUST BANK                                    PAGE 1 OF 1
P O BOX 622227                                   66/E00/0175/0/ 73
ORLANDO FL 32862-2227                            1000024143694
                                                 04/30/2005
```

# SunTrust

ACCOUNT
STATEMENT

```
B & T PETROLEUM INC                              QUESTIONS? PLEASE CALL
3334 TAIT TER                                    1-800-786-8787
NORFOLK VA 23513-4453
```

ONLINE FRAUD VICTIMS GIVE THEMSELVES AWAY.
TO LEARN MORE ABOUT FRAUD, VISIT SUNTRUST.COM/ALERT

```
------------------------------------------------------------------------
                        ACCOUNT SUMMARY
ACCOUNT TYPE            ACCOUNT NUMBER      STATEMENT PERIOD      TAXPAYER ID

BUSINESS CHECKING + INTEREST  1000024143694  04/26/2005 - 04/30/2005  54-1910733
------------------------------------------------------------------------
DESCRIPTION              AMOUNT      DESCRIPTION                    AMOUNT
BEGINNING BALANCE         $.00       AVERAGE BALANCE           $850,002.75
DEPOSITS/CREDITS      $850,006.89    AVERAGE COLLECTED BALANCE $303,202.75
CHECKS                    $.00       NUMBER OF DAYS IN STATEMENT PERIOD   5
WITHDRAWALS/DEBITS        $.00       ANNUAL PERCENTAGE YIELD EARNED    .10%
ENDING BALANCE        $850,006.89    INTEREST PAID YEAR TO DATE       $6.89
------------------------------------------------------------------------
                        DEPOSITS/CREDITS
DATE      AMOUNT SERIAL #              DATE         AMOUNT SERIAL #
04/26   850,000.00             DEPOSIT

04/29        6.89              INTEREST PAID THIS STATEMENT THRU 04/30

DEPOSITS/CREDITS: 2            TOTAL ITEMS DEPOSITED: 1
------------------------------------------------------------------------
                        BALANCE ACTIVITY HISTORY
DATE      BALANCE           COLLECTED    DATE      BALANCE        COLLECTED
                            BALANCE                               BALANCE
04/26    850,000.00             .00      04/29    850,006.89      850,006.89
04/28    850,000.00         816,000.00
```

MEMBER FDIC

8505

```
SUNTRUST BANK                                    PAGE 1 OF 1
P O BOX 622227                                   66/E00/0175/0/ 73
ORLANDO FL 32862-2227                            1000024143694
                                                 05/31/2005
```



ACCOUNT
STATEMENT

```
B & T PETROLEUM INC                              QUESTIONS? PLEASE CALL
3334 TAIT TER                                    1-800-786-8787
NORFOLK VA 23513-4453
```

DID YOU KNOW YOUR HOME EQUITY CAN BE USED FOR HOME IMPROVEMENTS, EDUCATION, DEBT
CONSOLIDATION, CARS AND VACATIONS? WHY NOT TAKE ADVANTAGE OF YOUR EQUITY, TODAYS
GREAT RATES AND SUNTRUST'S FAST APPROVALS ON A HOME EQUITY LINE? CONTACT US AT
800-SUNTRUST, SUNTRUST.COM OR A BRANCH FOR DETAILS. EQUAL HOUSING LENDER.

## ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| FREE BUSINESS CHECKING | 1000024143694 | 05/01/2005 - 05/31/2005 | 54-1910733 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $850,006.89 | AVERAGE BALANCE | $54,819.86 |
| DEPOSITS/CREDITS | $4.65 | AVERAGE COLLECTED BALANCE | $18.84- |
| CHECKS | $.00 | NUMBER OF DAYS IN STATEMENT PERIOD | 31 |
| WITHDRAWALS/DEBITS | $850,032.00 | ANNUAL PERCENTAGE YIELD EARNED | .10% |
| ENDING BALANCE | $20.46- | INTEREST PAID YEAR TO DATE | $11.54 |

### DEPOSITS/CREDITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 05/04 | 4.65 | | INTEREST PAID THIS STATEMENT THRU 05/04 |

DEPOSITS/CREDITS: 1        TOTAL ITEMS DEPOSITED: 0

### WITHDRAWALS/DEBITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 05/03 | 32.00 | | INSUFFICIENT FUNDS PENALTY |
| 05/03 | 850,000.00 | | DEPOSITED ITEM RETURNED |

WITHDRAWALS/DEBITS: 2

### BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 05/01 | 850,006.89 | 850,006.89 | 05/04 | -20.46 | -20.46 |
| 05/03 | -25.11 | -850,025.11 | 05/05 | -20.46 | -20.46 |

MEMBER FDIC

8506

```
SUNTRUST BANK                                         PAGE 1 OF 1
P O BOX 622227                                        66/E00/0175/0/ 73
ORLANDO FL 32862-2227                                 1000024143694
                                                      06/30/2005
```

# SUNTRUST

ACCOUNT
STATEMENT

```
B & T PETROLEUM INC                          QUESTIONS? PLEASE CALL
3334 TAIT TER                                1-800-786-8787
NORFOLK VA 23513-4453
```

EARN POINTS TOWARDS REWARDS WITH YOUR SUNTRUST VISA BUSINESS CHECK CARD AND
CREDIT CARD! REDEEM POINTS FOR SHOPPING, DINING, TRAVEL, MERCHANDISE REWARDS AND
MORE! ACTIVATE YOUR VISA EXTRAS ACCOUNT ON YOUR CURRENT SUNTRUST VISA BUSINESS
CARD TODAY! GO TO WWW.VISA.COM/EXTRAS, OR CALL TOLL-FREE 800.960.8472.

## ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| FREE BUSINESS CHECKING ***CLOSED*** | 1000024143694 | 06/01/2005 - 06/30/2005 | 54-1910733 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $20.46- | AVERAGE BALANCE | $.68- |
| DEPOSITS/CREDITS | $20.46 | AVERAGE COLLECTED BALANCE | $.68- |
| CHECKS | $.00 | NUMBER OF DAYS IN STATEMENT PERIOD | 30 |
| WITHDRAWALS/DEBITS | $.00 | INTEREST PAID YEAR TO DATE | $11.54 |
| ENDING BALANCE | $.00 | | |

### DEPOSITS/CREDITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 06/02 | 20.46 | | OVERDRAFT BANK CLOSING CREDIT |

DEPOSITS/CREDITS: 1        TOTAL ITEMS DEPOSITED: 0

### BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 06/01 | -20.46 | -20.46 | 06/30 | .00 | .00 |
| 06/02 | .00 | .00 | | | |

MEMBER FDIC

8507

| Date | Seq Num | Account | Amount | Serial Num |
|------|---------|---------|--------|------------|
| 04/26/05 | 51838623 | 1000024143694 | 850000.00 | 0 |



8508

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 04/26/05 | 51638624 | 2079900088740 | 850000.00 | 51818236 |





8509

TRIPS Incoming Item Seq. # 11 / 080555
Business Date 05/03/2005





8510

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 05/03/05 | 54309787 | 1000024143694 | 25000.00 | 82 |





8511

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 05/04/05 | 51352543 | 1000024143694 | 60000.00 | 94 |



8512

04/25/2006 13:58 FAX 4077621348    ☒012/014

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 05/05/05 | 54440535 | 1000024143694 | 25000.00 | 100 |



8513

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 06/06/05 | 54719912 | 1000024143694 | 25000.00 | 81 |





8514