# THE LAW OFFICE OF
# Michael Fineman, Esq.

305 Broadway, Seventh Floor New York, New York 10007 Tel: 212-897-5823 Fax: 212-897-5824
626 EAB Plaza, Uniondale, New York 11556 Tel: 516-522-2770
www.TheFinemanFirm.com

July 19, 2006

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



MEMO ENDORSED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/06

Re:   United States v. Douglas Shyne, et. al.
      S2 05 Cr. 1067

Dear Judge Karas:

Defendant Nathaniel Alexander is respectfully requesting permission to travel to Monessen Pennsylvania to attend the funeral of his wife's first cousin, Allen Dade. The funeral will be held on Friday, July 21, 2006 at the Law Funeral Home in Brownsville Pennsylvania. The defendant requests permission to leave Virginia tomorrow, July 20, 2006 and to return on Saturday, July 22, 2006. He has advised pre-trial services of the situation, and they informed him that this trip is permissible if the Court allows it.

Respectfully,

Michael Fineman, Esq. (MF-0282)

cc: AUSA Danya Perry (via Facsimile)

---

*Assuming, as is required, that Mr. Alexander provides to Pre-Trial Services, before he leaves, the contact information where Mr. Alexander will be staying (name of hotel or relative with who he is staying, address, and phone number), Mr. Alexander's bail is modified to permit him to attend the funeral in Brownsville, Pa between July 20 and July 22.*

*So Ordered.*
7/19/06