

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 31, 2006

BY HAND DELIVERY and FAX

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Douglas Shyne et al.</u>
             S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

      The Government respectfully requests several extra days to respond to the submission filed by Michael Fineman, Esq., on behalf of defendant Nathaniel Alexander, until August 7, 2006. The defendant's post-hearing submission in this case was filed on July 25, 2006, and the Government's response is due on August 1, 2006. Unfortunately, I have had to be out of the office due to an emergency child care situation, but I expect to be able to file the brief by next Monday. Following the hearing, counsel consented in advance to such a request. Accordingly, the Government respectfully requests a brief extension of time, until August 7, 2006, within which to file its response to defendant Alexander's post-hearing memorandum, and to allow the defense to file its reply, if any, one week from the date on which the Government files its responsive papers.

*The briefing schedule is modified as indicated. The Defense reply is due no later than Aug. 14, 2006*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
8/1/06

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

cc: Michael Fineman, Esq. (by fax)