## **AFFIRMATION OF SERVICE**

STATE OF NEW YORK       )

                        ) ss.:

COUNTY OF NEW YORK  )

      **MICHAEL FINEMAN**, an attorney admitted under the laws of this State, being duly sworn, deposes affirms, and says that deponent is not a party to the within action, is over 18 years of age and resides in the State of New York, County of Kings.

      That on the 14th day of August, 2006 deponent served the within **Memorandum of Law in Further Support Defendant's Motion for Suppression of Post Arrest Statements and in Reply to the Government's Opposition** upon:

      Danya Perry
      United States Attorney's Office
      One Saint Andrew's Plaza.
      New York, NY 10007

The attorney for the government in this action, at the above address(es) designated  by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

All other attorneys served via Electronic Case Filing (ECF).

Dated: New York, New York
      August 14, 2006

                    _____/s/_____

                    MICHAEL FINEMAN, ESQ.