Per NATHANIEL

Riddick cell
(C) 757 237-3831
→ 757 837-3832
(H) (757) 598-0244

"Manny"
for br COACH

NA-103