UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
        -v.-                              S4 05 Cr. 1067 (KMK)
                                    :
DOUGLAS SHYNE,
NATASHA SINGH,                      :
      a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,                    :
TOYBE BENNETT,
      a/k/a "Dmitriy Makarevich,"   :
      a/k/a "Dmitriy Makervish,"
      a/k/a "Eduardo Rodrigues,"    :
      a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,                 :
EPHRAIM RICHARDSON,
NARESH PITAMBAR,                    :
JASON WATLER,
STEVEN RIDDICK,                     :
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,                 :

            Defendants.             :

- - - - - - - - - - - - - - - - - -x


NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION


TO:  Clerk of the Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests that the

Clerk of the Court:

     (A)  note his appearance in this case; and

(B)  add him as a filing user to whom Notices of Electronic
      Filing will be transmitted in this case.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

            By:  _____/s/_____
                          Daniel W. Levy
                          Assistant United States Attorney
                          Telephone:  (212) 637-1062


TO:  Susan V. Tipograph, Esquire
      350 Broadway, Suite 700
      New York, New York 10013

      Counsel to defendant Douglas Shyne

      Harvey Fishbein, Esq.
      61 Broadway, Suite 1601
      New York, New York 10006

      Counsel to defendant Natasha Singh

      Daniel S. Parker, Esq.
      Parker & Carmody, LLP
      1350 Broadway, Suite 1400
      New York, New York 10018

      Counsel to defendant Christine Richardson

      David L. Lewis, Esq.
      Lewis & Fiore
      225 Broadway, Suite 3300
      New York, New York 10006

      Counsel to defendant Nathaniel Shyne

      Neil S. Cartusciello, Esq.
      2 West Main Street
      Mendham, New Jersey 07945

      Counsel to defendant Toybe Bennett

Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

Counsel to defendant Ephraim Richardson

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035

Counsel to defendant Jason Watler

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander

Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510

Counsel to defendant Timothy Montgomery

## <u>AFFIRMATION OF SERVICE</u>

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

I am employed in the Office of the United States Attorney for the Southern District of New York.

On September 16, 2006, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

Susan V. Tipograph, Esquire
350 Broadway, Suite 700
New York, New York 10013

Counsel to defendant Douglas Shyne

Harvey Fishbein, Esq.
61 Broadway, Suite 1601
New York, New York 10006

Counsel to defendant Natasha Singh

Daniel S. Parker, Esq.
Parker & Carmody, LLP
1350 Broadway, Suite 1400
New York, New York 10018

Counsel to defendant Christine Richardson

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway, Suite 3300
New York, New York 10006

Counsel to defendant Nathaniel Shyne

Neil S. Cartusciello, Esq.
2 West Main Street
Mendham, New Jersey 07945

Counsel to defendant Toybe Bennett

Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

Counsel to defendant Ephraim Richardson

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035

Counsel to defendant Jason Watler

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander

Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510

Counsel to defendant Timothy Montgomery

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:     New York, New York
           September 16, 2006


                                    _____/s/_____
                                    Daniel W. Levy
                                    Assistant United States Attorney
                                    Telephone:  (212) 637-1062