UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NATHANIEL ALEXANDER,

                Defendant.
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket #: 1:05-CR-01067 (KMK)

SIR:

        PLEASE TAKE NOTICE that BRUCE A. BARKET, hereby appear in the above entitled action and that the firm is retained as attorney for Nathaniel Alexander, the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

DATED:    February 7, 2007
               Garden City, New York

                                              By: Bruce A. Barket

                                              Bruce A. Barket, P.C.
                                              666 Old Country Road,
                                              Suite 600
                                              Garden City, NY 11530
                                              (516) 745-0101