UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/07

UNITED STATES OF AMERICA,

-v-

DOUGLAS SHYNE,
NATASHA SINGH,
  a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,
TOYBE BENNETT,
  a/k/a "Dmitriy Makarevich,"
  a/k/a "Dmitriy Makervish,"
  a/k/a "Eduardo Rodrigues,"
  a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,
EPHRAIM RICHARDSON,
NARESH PITAMBAR,
JASON WATLER,
STEVEN RIDDICK,
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,

                    Defendants.

Case No. 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated in the Court's written opinion, the Clerk of the Court is ordered to terminate Defendant Alexander's Omnibus Motion. (Doc. Nos. 89, 107.)

SO ORDERED.

Dated:     April 4, 2007
           New York, New York

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE