LAW OFFICES OF
**BRUCE A. BARKET, P.C.**
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

**MEMO ENDORSED**

BRUCE A. BARKET
TONI MARIE ANGELI
ANNAMATESHA N. HOWELL

(516) 745-0101
FAX (516) 745-0596
E-MAIL: Babarket@aol.com

OF COUNSEL
ANDREA D. HOROWITZ

May 21, 2007

<u>VIA FACSIMILE</u>     (212) 805-7968

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: United States v. Nathaniel Alexander, *et al*
     S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

  I am the attorney for Nathaniel Alexander. Mr. Alexander's bail conditions were amended adding his house to secure bail. The court gave my client until May 18, 2007 to satisfy this condition. I am writing to request an extension of time until Tuesday, May 29, 2007. The government tells me that they need the time to examine the finances of the additional sureties.

  Thank you in advance for your time and consideration.

         Respectfully submitted,

         LAW OFFICES OF BRUCE A. BARKET, P.C.

         By: _____
           Bruce A. Barket, Esq.
          *Attorneys for Nathaniel Alexander*

BAB/lr
cc: Danya Perry/Daniel Levy (via facsimile)

*Granted.*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
5/21/07