LAW OFFICES OF
BRUCE A. BARKET, P.C.
*Attorneys at Law*
666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

**MEMO ENDORSED**

BRUCE A. BARKET

TONI MARIE ANGELI
ANNAMATESHA N. HOWELL

(516) 745-0101
FAX (516) 745-0596
E-MAIL: Babarket@aol.com

OF COUNSEL
ANDREA D. HOROWITZ

June 8, 2007

<u>VIA FACSIMILE</u>          (212) 805-7968

Honorable Kenneth Karas
United States District Court-Southern District
U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
6/11/07

Re: <u>United States v. Nathaniel Alexander</u>
Docket. No.: 05-Cr-1067

Dear Judge Karas:

Our office is writing to request, with the consent of AUSA Daniel Levy, an extension of time to submit the Rule 29 Motion that is due Monday June 11, 2007, to Wednesday July 11, 2007.

We first seek to inform the Court that since the conclusion of Mr. Alexander's trial, our office has been consistently engaged in litigation in relation to other cases carried by our office. As such, given the back log in our office, we are in need of additional time to submit the Rule 29 motion in relation to Mr. Alexander's case.

We thank the Court in advance for its accommodation. Should the Court have any questions, please do not hesitate to contact our office.

Respectfully submitted,

**LAW OFFICES OF BRUCE A. BARKET, P.C.**

By: *Bruce Barket*
Bruce A. Barket, Esq.

cc: Daniel Levy (via facsimile)

*Mr. Alexander is given until July 11, 2007 to submit his Rule 29 motion. The Government's response is due the same amount of time it originally had. No more extensions for Mr. Alexander will be approved.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/11/07