'lease just scan.
We will use the original file date that is on this document.
Do not add the electronically filed stamp or change the date.

[Stamp: ELECTRONICALLY FILED, DOC #: _____, DATE FILED: 7/2/07]

[Stamp: U.S. DISTRICT COURT FILED JUN 11 2007 S.D. OF N.Y.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA :  **ORDER**

    -v.- : S4 05 Cr. 1067 (KMK)

NARESH PITAMBAR and
NATHANIEL ALEXANDER, *et al.*,

    Defendants : ECF Case
: Not Scaned
--------------------------------------------------------x

WHEREAS, defendants Naresh Pit[ambar and Nathaniel Alexander] were convicted at trial by a jury;

IT IS ORDERED that, as an additional condition of Pitambar's bail, Pitambar execute documents sufficient to provide the equity in his Atlanta residence as security for his bond, which equity shall not be less than $30,000; and

IT IS FURTHER ORDERED that, as an additional condition of Alexander's bail, Alexander shall arrange for two additional financially responsible persons to co-sign his bond; and

IT IS FURTHER ORDERED that the above-referenced conditions be satisfied on or before May 18, 2007; and

IT IS FURTHER ORDERED that all previously ordered conditions of the bail of Pitambar and Alexander remain in place.

Dated: May 22, 2007
       New York, New York

                              _____
                              The Honorable Kenneth M. Karas
                              United States District Judge

Returned to chambers for scanning on _____
Scanned by chambers on _____

[Stamp: MICROFILM JUN 12 2007]