UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

                                    NOTICE OF APPEARANCE
      -v.-                      S 4 05 Cr. 1067-11 (KMK)

NATHANIEL ALEXANDER,

        Defendant.
------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears as co-counsel for Nathaniel Alexander, the defendant.

    I am a member of the bar of the United States District Court for the Southern District of New York having been admitted to practice in this Court in approximately April 1981.


Dated:    November 8, 2007
           White Plains, New York

                                                  _____
                                                  RICHARD D. WILLSTATTER (5063)
                                                  Green & Willstatter
                                                  200 Mamaroneck Ave., Suite 605
                                                  White Plains, New York 10605
                                                  (914) 948-5656
                                                  Fax: 914-948-8730