# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN                    (914) 948-5656
RICHARD D. WILLSTATTER        FAX (914) 948-8730            E-MAIL: WILLSTATTER@MSN.COM

November 8, 2007

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

       Re: *United States v. Nathaniel Alexander*
         S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

  I am appearing for the defendant in this case not to replace but to assist current counsel, Bruce A. Barket, in the pending Rule 33 motion and if that motion is not granted, at sentencing. I anticipate that I will be representing Nathaniel Alexander on appeal to the Second Circuit.

  I understand that the trial of this case was transcribed for counsel for some of the other defendants, Roberto Montgomery and Naresh Pitambar, as their lawyers were appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Mr. Alexander could not afford the trial transcript and did not obtain a copy. It was all he could do to retain this firm to represent him in this case. I should review the trial transcript (which has already been produced) in preparation for the upcoming proceedings in this case and, of course, I would need them to perfect my client's appeal.

  Accordingly, this is an application for permission to copy, at our expense, CJA counsels' transcripts for use by Mr. Alexander.

           Very truly yours,


           RICHARD D. WILLSTATTER