USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NOV 20 2007

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

November 19, 2007

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nathaniel Alexander*
S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

This is an application for permission to file Nathaniel Alexander's sentencing memorandum and objections by November 28, 2007. I understand that the Court currently has November 21, 2007 as the date for submission of sentencing materials for all the trial defendants. This one-week extension is necessary because I recently entered the case and have just acquired the trial record and because we are still assembling the client's financial records. Mr. Barket is preparing for an imminent trial before Judge Patterson which will commence next week and I am working to get up to speed to assist the client in making a cogent sentencing presentation. As the Court may recall, Mr. Alexander lives in Virginia so we have been communicating largely by phone, email and overnight mail.

I understand that Mr. Alexander's sentencing is currently scheduled for December 12, 2007. The Court's Individual Rules of Practice for Sentencing Proceedings normally require the defendant's submission to be filed two weeks in advance of the date set for sentence. Here, that date would be November 28, 2007. The government has no objection to this extension of time.

Very truly yours,

RICHARD D. WILLSTATTER

So Ordered,

11/20/07

cc: E. Danya Perry/Daniel W. Levy
    Assistant U.S. Attorneys
    Bruce A. Barket, Esq.