[summary]

047849768

# SENATE JOINT RESOLUTION NO. 8
Offered January 14, 2004
Prefiled December 18, 2003

*Celebrating the life of Rosa Mae Alexander.*

----------
Patron-- Miller
----------

WHEREAS, Rosa Mae Alexander of Chesapeake, a successful businesswoman, generous philanthropist, and community activist, died on February 27, 2003; and

WHEREAS, Rosa Alexander was the owner of A & B Contract Services, one of the largest black-owned businesses in the Commonwealth; and

WHEREAS, a firm believer in the value of education, Rosa Alexander was a generous contributor to Norfolk State University, which honored her in 1987 with the dedication of Rosa M. Alexander Hall, a women's dormitory; and

WHEREAS, Rosa Alexander also gave generously to the Norfolk State University scholarship fund, the Norfolk State University Legion Band, and the university's alumni association; and

WHEREAS, Rosa Alexander's philanthropy extended to countless charities, churches, and community-service organizations; and

WHEREAS, in the early 1990s, Rosa Alexander lent her name, reputation, and formidable energy to reviving the effort to build a suitable monument to honor Dr. Martin Luther King, Jr.; and

WHEREAS, the project, frequently delayed by fund-raising problems and disagreements, was brought back to life by Rosa Alexander, and as an indication of her influence in the community, construction on the King Monument in Norfolk commenced in 1999 and the monument was dedicated in January 2000; and

WHEREAS, a woman of multiple talents, extraordinary generosity, and great devotion to her community, Rosa Alexander was honored repeatedly by the communities and organizations she served so well; now, therefore, be it

RESOLVED by the Senate, the House of Delegates concurring, That the General Assembly hereby note with great sadness the loss of an exceptional citizen of the Commonwealth, Rosa Mae Alexander; and, be it

RESOLVED FURTHER, That the Clerk of the Senate prepare a copy of this resolution for presentation to the family of Rosa Mae Alexander as an expression of the high regard in which her memory is held by the members of the General Assembly.

---

**Legislative Information System**