# JOB INVOICE

*[Handwritten notes at top: "Massimo BLDG"]*

**TO:** First Lending Mortgage Corp
**ADDRESS:** Hillside Ave[?], New York
**ATTENTION:** Winston Shillingford

**DATE ORDERED:** 11/16/04
**ORDER TAKEN BY:** Chris
**PHONE NO:** [illegible]
**CUSTOMER ORDER #:** [illegible]
**JOB LOCATION:** [illegible] 348.0033 Billing
**JOB PHONE:** [illegible]
**STARTING DATE:** 11/16/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | [illegible] | |

**MISCELLANEOUS CHARGES:** Enclosed in total price

*[Handwritten across middle: "Paid in Full by Check (Company Ck)"]*

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

**WORK ORDERED BY:** Winston Shillingford
**DATE ORDERED:** 11/16/04
**DATE COMPLETED:** 3/16/05

**CUSTOMER APPROVAL SIGNATURE:** [signature]
**AUTHORIZED SIGNATURE:** [signature]

**TOTAL LABOR:** 8,740.00
**TOTAL MATERIALS:**
**TOTAL MISCELLANEOUS:**
**SUBTOTAL:**
**TAX:**
**GRAND TOTAL:** $87,400

adams NC2817
MADE IN USA

**JOB INVOICE**

GOVERNMENT EXHIBIT 402
06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| | ORDER TAKEN BY: Monaee |
| ADDRESS: Richmond Va 23227 | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5/15/16 |
| | JOB LOCATION: 804-343-0093 12/1/09 |
| | JOB PHONE |
| | STARTING DATE: 11/27/04 |
| ATTENTION: Paid in Full (Company) | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total 95 people) | | $15,000.00 | Repair Credit Reports Personal and business (help to Est new credit for business + Personal |
| 5 | locations 2+5 stores Credit services With managers and employees total 150 clients | | $60,000 | |
| 15 | Personal files for Credit Services the owner of above Companies | | $85,000.00 | |
| * | Order Total $160,000.00 | | | |

MISCELLANEOUS CHARGES: dis counted

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| Flat Rates for commercial accounts | | | |

| WORK ORDERED BY: Monaee (C. Owens) | TOTAL LABOR: 160,000 |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS |
| CUSTOMER APPROVAL SIGNATURE | SUBTOTAL |
| AUTHORIZED SIGNATURE | TAX |
| | GRAND TOTAL: 160,000 |

NC2817 MADE IN USA

**JOB INVOICE**