LAW OFFICES OF
# BRUCE A. BARKET, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketlawoffice.com

OF COUNSEL
ANDREA D. HOROWITZ

December 6, 2007

**VIA FEDEX**

The Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:   **United States v. Nathaniel Alexander**
      **Docket. No.: 05-Cr-1067**

Dear Judge Karas

Enclosed are a number of letters asking the Court to be lenient when sentencing Mr. Alexander. As you will observe these letters provide insight into virtually every aspect of his life. For ease of review, I have organized them in the following X categories:

1. Business
2. Social
3. Civic
4. Family
5. Awards
6. Religious

Most interesting is the number of business associates who have chosen to write to the court even after learning of the Jury's unfortunate verdict. In addition, it is worth noting that almost every letter describes concrete examples of Mr. Alexander's character.

We believe that such information is relevant to the issues before this Court. Thank you for considering them.

Respectfully submitted,

BARKET & ANGELI, P.C.

By: _____
Bruce A. Barket, Esq.