

November 26, 2007

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
Room 533
White Plains, NY 10601

RE: Reference Letter for
Nathaniel Alexander, Jr.

Dear Honorable Kenneth M. Karas:

Thanks for your time in receiving my correspondence. My name is Wilheimina Long, President and owner of a small business, HILTEK, currently based in Woodbridge, VA, as well as the founder of a non-profit organization called Youth Matter Inc. based in Portsmouth, VA.

I have known Nathaniel Alexander for ten years through a business relationship where my company HILTEK has provided creative and design services for several of his companies. I have always found Mr. Alexander to be a business person of high standards and morals, and I have not had any negative experiences in doing business with Mr. Alexander. I have found him to be dependable, hard working, conscientious, and a courteous businessman.

My experience in knowing him has shown him to be educated, skilled in knowledge of his profession, and an intelligent individual who is a great asset to the business community. When I heard about the ordeal that surrounded Mr. Alexander in this legal matter, it did not fit the profile of the businessman and person that I know him to be, and that is one of high moral standards and high integrity in always running a stable business that creates jobs. I've seen him working hand in hand with his staff to get a job completed, even though he was the President of the company, as he's a hard worker.

Sincerely,

Wilheimina Long
President

HILTEK
CREATIVE, TECHNOLOGICAL – YOUR BUSINESS PARTNER

16143 Radburn Street
Woodbridge, VA 22191
703.590.4934
hiltek1@comcast.net
WWW.HILTEKGROUP.COM

WILHEIMINA LONG
PRESIDENT

November 27, 2007

The Honorable Kenneth Caras
U.S. District Court Judge
White Plains, N. Y.


Dear Sir,
I am writing this letter on behalf of Mr. Nathaniel Alexander. As an administrator for Virginia Beach Public Schools, I have had to the opportunity to work with Mr. Alexander on a number of occasions. His bus company has provided services for field trips for students. I always found his service to be impeccable and the prices to be more than fair. He wanted to ensure that all students would have an opportunity to participate by keeping the price at a minimum.

I have also had the opportunity to interact with Mr. Alexander on a personal level as well. When I secured Mr. Alexander's other business services for several home improvement projects, I again encountered his very ethical practices as a businessman. He was always about a job well done for a reasonable price. I have rarely encountered a person of his good character, professionally or personally.

It has truly saddened me to learn of his situation and I hope and pray that his good name will be restored. I ask that you consider all of his years as an outstanding businessman and community leader as you decide his fate.

Respectfully,

Constance J. James

November 27, 2007

Honorable Kenneth M. Karas
U.S. District Judge
White Plains, New York

Venerable Judge Karas,

Let me introduce myself. I am a Norfolk native who, for over 50 years, established and ran a successful business in Norfolk. Honesty and fairness are, and always have been, the pillars of my life. No business could thrive and survive on an illicit philosophy for that length of time. Similarly, I expect my friends to possess these same principles. I have known Mr. Nathaniel Alexander for 22 years and, like me, he too always promoted honesty and fairness throughout his entire life.

Through my business, I dealt with ***A & B Contract Services***, and had the enormous privilege and honor of knowing its owner and founder, the late Mrs. Rosa Mae Alexander, mother of Mr. Nathaniel Alexander, and one of the most pre-eminent citizens of our community. Celebrated for her work, and recipient of numerous humanitarian and achievement awards, as a community activist she was instrumental in getting erected the ***Martin Luther King, Jr. Memorial***, on Church Street, in Norfolk. Nathaniel quietly worked alongside his mother to realize this ambitious project.
Because of Mrs. Alexander's generous dedication and contribution to Norfolk State University, in 1983 the "***Rosa Alexander Hall***" dormitory was dedicated in her honor. Nathaniel always stood by her side, working hard and giving of himself to the community.

Immediately after graduating from college in 1982, with a Bachelor of Science degree in Health and Physical Education, Nathaniel was hired as a coach by the school that he had attended, Great Bridge High School, in Chesapeake.

In 1986, he established ***Mr. A's Professional Services, Inc.*** and when he asked me for credit, I gladly extended it to him, without a moment of hesitation. As expected, he paid back the full amount, and always on time.

In 1999, Nathaniel founded ***Vision Learning Center***, a well-regarded Childcare Center, in Chesapeake, Virginia.

A very religious man, gifted with a beautiful voice, he and his wife, a music teacher, are members of the church choir, where they incessantly volunteer their talent and time. Nathaniel is also the caretaker of his elderly and ailing father.

His honest and kind nature appeals to most, and I remember how his visits were always appreciated by all my employees. He is a respected and always well-liked individual. In fact, I think of him as a member of our family.

Despite the profound distress that he is experiencing now, he still finds the strength to help out and comfort others.

In conclusion, the Nathaniel I know, and have known for decades, is an honorable, giving gentleman who leaves a positive trail wherever he goes and, like his extraordinary mother, he touches people's lives with his honesty and generosity.

Sincerely,

Edward C. Johnston

Mr. Edward Johnston



November 26, 2007

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
Room 533
White Plains, NY 10601

RE: Reference Letter for
Nathaniel Alexander, Jr.

Dear Honorable Kenneth M. Karas:

Thanks for your time in receiving my correspondence. My name is Wilheimina Long, President and owner of a small business, HILTEK, currently based in Woodbridge, VA, as well as the founder of a non-profit organization called Youth Matter Inc. based in Portsmouth, VA.

I have known Nathaniel Alexander for ten years through a business relationship where my company HILTEK has provided creative and design services for several of his companies. I have always found Mr. Alexander to be a business person of high standards and morals, and I have not had any negative experiences in doing business with Mr. Alexander. I have found him to be dependable, hard working, conscientious, and a courteous businessman.

My experience in knowing him has shown him to be educated, skilled in knowledge of his profession, and an intelligent individual who is a great asset to the business community. When I heard about the ordeal that surrounded Mr. Alexander in this legal matter, it did not fit the profile of the businessman and person that I know him to be, and that is one of high moral standards and high integrity in always running a stable business that creates jobs. I've seen him working hand in hand with his staff to get a job completed, even though he was the President of the company, as he's a hard worker.

Sincerely,

Wilheimina Long
President

HILTEK • 16143 RADBURN STREET • WOODBRIDGE, VA 22191
703.590.4934 • HILTEK@BELLSOUTH.NET • WWW.HILTEKGROUP.COM

A.J. KALFUS
STUART L. NACHMAN
RICHARD F. AUFENGER, III*
ERICK A. BOWMAN***
PAUL R. HERNANDEZ*
CHRISTOPHER I. JACOBS
NEAL C. SCHULWOLF
BLAIR E. SMIRCINA
CHRISTOPHER L. SPINELLI
JESSE M. SUIT, III**

*ALSO MEMBER OF NORTH CAROLINA BAR
**ALSO MEMBER OF LOUISIANA BAR
***MEMBER OF KENTUCKY BAR

Kalfus & Nachman
ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

870 N. MILITARY HIGHWAY, SUITE 300
AT MILITARY CIRCLE
NORFOLK, VIRGINIA 23502
TELEPHONE (757) 461-4900
FACSIMILE (757) 461-1518

☐ ROANOKE OFFICE:
3540 BRAMBLETON AVENUE
ROANOKE, VIRGINIA 24018
TELEPHONE (540) 345-4878
FACSIMILE (800) 340-5935

☐ NEWPORT NEWS OFFICE:
10 SAN JOSE DRIVE AT OYSTER POINT
NEWPORT NEWS, VIRGINIA 23601
TELEPHONE (757) 245-4878
FACSIMILE (757) 461-1518

November 26, 2007

The Honorable Kenneth Karas
U. S. District Judge
White Plains, NY

Dear Judge Karas:

I have been a paralegal with Kalfus & Nachman, P.C. for more than 21 years and have known Nathaniel Alexander, Jr. and his family for most of that time. I have always found him to be an ethical, honorable person with high moral standards.

Mr. Alexander is devoted to his family and is the main caregiver for his elderly father, who at 90 is frail and in poor health. His care and concern for his father's welfare is admirable and if that should discontinue, I believe it would be detrimental to his father's health.

Mr. Alexander's parents were very hard-working, honest, law-abiding people, who instilled in their son their integrity and high moral values. His mother, Rosa Alexander who died several years ago, was a wonderful Christian woman and an outstanding pillar of the community. She was exceedingly proud of her youngest son and taught him to respect the law and have consideration for others.

I consider it a privilege to know him.

Sincerely yours,

Delores Valley

Delores R. Valley
Legal Assistant

/drv



A.J. KALFUS
STUART L. NACHMAN
RICHARD F. AUFENGER, III*
ERICK A. BOWMAN***
PAUL R. HERNANDEZ*
CHRISTOPHER I. JACOBS
NEAL C. SCHULWOLF
BLAIR E. SMIRCINA
CHRISTOPHER L. SPINELLI
JESSE M. SUIT, III**

*ALSO MEMBER OF NORTH CAROLINA BAR
**ALSO MEMBER OF LOUISIANA BAR
***MEMBER OF KENTUCKY BAR

Kalfus & Nachman
ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

870 N. MILITARY HIGHWAY, SUITE 300
AT MILITARY CIRCLE
NORFOLK, VIRGINIA 23502
TELEPHONE (757) 461-4900
FACSIMILE (757) 461-1518

☐ ROANOKE OFFICE:
3540 BRAMBLETON AVENUE
ROANOKE, VIRGINIA 24018
TELEPHONE (540) 345-4878
FACSIMILE (800) 340-5935

☐ NEWPORT NEWS OFFICE:
10 SAN JOSE DRIVE AT OYSTER POINT
NEWPORT NEWS, VIRGINIA 23601
TELEPHONE (757) 245-4878
FACSIMILE (757) 461-1518

December 3, 2007

The Honorable Kenneth Karas
U. S. District Judge
White Plains, NY

Re: Nathaniel L. Alexander, Jr.

Dear Judge Karas:

I am writing to you on behalf of Nathaniel Alexander, Jr., who I have known for at least 25 years. I have represented him and other family members for at least the same time period.

Nathaniel is a clean-cut, honest and law-abiding citizen and it is most unfortunate that he got caught up in the situation in New York. As one who knows Mr. Alexander, I would have to say that he is somewhat naive and little gullible and places confidence where it is not warranted.

Nathaniel is well liked in the community notwithstanding his present difficulties. He also takes care of his elderly father, who is approximately 90 years old and in declining health. Nathaniel's wife, Robyn, is a school teacher and passed muster with Nathaniel's mother, Rosa Alexander, a strict judge of character.

Nathaniel's mother was well known in the community and one who boot-strapped herself working the assembly line at Ford Motor Company, to eventually opening a company named A & B Services. Mrs. Alexander was a strong-willed individual with a mind of her own. She was also a well-known philanthropist, caregiver and leader in the community.

I trust that despite this unfortunate incident, the court will take all of this into consideration in imposing a sentence.

Very truly yours,

A. J. Kalfus

AJK/drv

PLEASE DIRECT ALL CORRESPONDENCE TO
P.O. BOX 12889, NORFOLK, VIRGINIA 23541-0889

EMAIL: INJURY@KNLEGAL.COM