November 29, 2007

The Honorable Kenneth M. Karas
U.S. District Judge
White Plains N.Y

Dear Judge Karas:

My name is Trina Hines and I live in Norfolk, Virginia. I have known Mr. Alexander, or Mr A. as we call him, for about 4 years. I first met him when I rented an apartment from him for my 3 children and me. Things were very, very hard for me then. We fell on hard times. I had no job, I needed a place to stay and food for my children. I was depressed enough to take medication and didn't know what to do. Then someone told me about Mr. A. I told him about my problems and he understood. The first thing he did was to give me a place to stay. Then he gave me a job. He gave me the confidence to believe in myself and a chance to get back on my feet. The only thing he asked for was for me to take care of my family. No one else would help me. If he didn't help me when he did I am sure I would have lost my children by now. When we heard about what happened, it just didn't make sense. He was always telling us about doing the right thing. About how you won't make it in this world if you do break the law. I know people who was doing wrong and he helped them to get on the right track. He has sent people to rehab and he has helped them to get jobs. Every fall he would ride thru neighborhoods with coats and other clothing to give away. He had talked to me about working with him and our local Food Bank to give away food once per month. The world need people like him. Please find it in your heart to give him a chance to continue to do good. We need him.

Sincerely,

*Trina Hines*
Trina Hines

November 27, 2007

Honorable Kenneth M. Karas
U.S. District Judge
White Plains, New York

Dear Judge Karas:

    Mr. Nathaniel Alexander grew up on a small country road in Chesapeake Virginia called Fernwood Farm Road. He was very active in the school system as an athlete and a coach. He has never been in any trouble during my twenty years of knowing him and his family.

    I suppose that everyone at some point in life makes poor decisions. Mr. Alexander has already paid dearly for this by having a tarnished reputation, financial troubles and a tremendous amount of anxiety.

    If you knew Mr. Alexander you would clearly know that he doesn't belong in jail at all. He makes it a practice to help even strangers at times which is so out of character for most people. He has been very active in church for many years and is well liked.

    I write this to you with total honesty and sincerity as I would hope that some concession be made on his behalf. Everyone deserves another chance.

Respectfully Submitted,

Anthony A. Hockaday

Honorable Judge Kenneth M. Karas
U.S. District Court
300 Quarropas Street
White Plains, New York
   10610-4150


Honorable Judge Kenneth M. Karas:

Your Honor, I am writing this letter to speak to the character of Nathaniel Alexander, Jr. My name is Crystal M. Nolen and I reside in Portsmouth, Virginia. I am an Independent Contractor who provides educational support for several schools in the Hampton Roads area. I coach Forensics at I. C. Norcom High School in Portsmouth. Also, I am a graduate of Norfolk State University ( I will begin pursuing Graduate Studies in the Spring). My immediate family consist of my mother (who is disabled), my son, my younger brother, and myself. I mention these things about myself because many of the things I have been able to accomplish have been due to the support and mentorship I have received from Mr. Alexander.

When I first met Mr. Alexander, I was a young woman with no shortage of dreams, goals, problems and troubles. Mr. Alexander provided me with employment, which in turn, gave me the opportunity to grow and learn. Not only has he been a great employer, but an even better friend.

Mr. Alexander has actively helped me with my mother and dealing with her mental illness. For years, my mother was seriously in need of medication and living on the streets of Brooklyn, New York. Had it not been for my friend, Nathaniel, I would not have been able to travel back and forth to help my mother. Without Nathaniel's constant support and encouragement, I would have not been able to take the steps necessary to bring my mother home safely, put my family back together, and continue my education.

And just like a father or an uncle, my business acumen has been nurtured by the progressive, productive, and principled guidance that I have had the privilege of receiving from Nathaniel Alexander, Jr. My sense of professionalism and customer service have been greatly influenced by Mr. Alexander's loyalty to service and his continued drive to do what is right!

After fifteen years, not only has he become like family to me, but he has also been a source of assistance and inspiration in our community. In closing, I'll say this about Nathaniel Alexander, Jr., he has motivated me to be the best in business and the best in life by always being a blessing... in anyway that I can...to anyone who needs me.


Sincerely,

Crystal M. Nolen
161 Dale Drive
Portsmouth, Virginia 23701

Dear Honorable Keith M. Karas
U.S. District Judge, Whiteplains, N.Y.,

My name is Rhonda T. Clark, I live in Chesapeake, Virginia. I have known Mr. Nathaniel Alexander, Jr., for 38 years. He has been a blessing and help to me, all through the years. I have known him to be a caring, unselfish, compassionate person, all of his life. I can truely say, I never would have made it without his assitance and support through the years. I was a divorced mother of 4 at a very young age and Mr. Alexander, helped us when there was no food in the house. He also assisted us when all of our utilites were cut off. Every year, Mr. Alexander, never forgot to help with school clothes for the 4 children. He never forgot to help with Christmas. And when I remarried, Mr. Alexander, then helped my husband and our family out, as well. My husband had 3 children, and I have

4 and now we have 7 children.

A couple of years ago my husband, I and the children had no place to live, Mr. Alexander, let us stay, rent free, many months in a house he owned!! We thank God for the Man!! My husband has found him to be a wonderful and blessed Friend! There are so many times he has come to our rescue without asking for anything in return. I have never known anyone so kind and unselfish! For 38 years, I've known him to be an honest and upright man, full of integrity and with a deep respect for the Law and God.

Our prayers are ever with him, our gratitude will never end.

Very Sincerely, Mrs. Rhonda T. C[lark]

Mr. Michael W. Taylor Jr.

Mrs. Arlene Taylor-Williams

Curtis L. Clark Sr.

Princess Taylor,    Kelvin Taylor,    Shannon Clark

Joseph Clark