1432 Waterside Dr. South
Chesapeake, Virginia 23320

November 28, 2007

Honorable Kenneth M. Karas
US District Judge
White Plains
New York, New York

Dear Honorable Judge Karas,

Please accept this letter as a character reference for Nathaniel Alexander, Jr. I have known Nathaniel since his childhood growing up in Chesapeake, Virginia. He attended the local public schools with my children. He was always a mannerly young man who grew up in a God fearing Christian family. His mother and father were model parents and contributing members of the community.

Nathaniel attended Virginia State University in Petersburg, Virginia where he excelled both as a student academically and in sports. He returned home and taught in the Chesapeake public schools for a number of years. Nathaniel became a positive force in the lives of many young students, especially African American males.

After his mother retired, Nathaniel assumed management of a highly successful family business that she started from the ground up. He continued the successful growth and development of his mother's business and was recognized throughout the Hampton Roads area as an astute businessman.

I recall several occasions when Nathaniel visited my Mayorial office to discuss potential business opportunities with the city. He always impressed me with his professional demeanor and positive attitude about giving back to the city. Nathaniel is a personable individual who cares about his church, his family and the entire community. He gives back in many ways by supporting youth organizations and various nonprofit agencies devoted to the enhancement of mankind.

Honorable Judge Karas, to my knowledge, Nathaniel Alexander, Jr. is an honorable man, a decent human being. I appeal to you to weigh the contributions made by Nathaniel over the years against whatever charges he faces and judge him as Jesus admonished the people in Matthew 6:14, 15.

Thank you.

Sincerely,

*William E. Ward*

William E. Ward, Ph.D.
Retired Mayor
City of Chesapeake
Chesapeake, Virginia

## COMMONWEALTH OF VIRGINIA



HARRY B. BLEVINS
14TH SENATORIAL DISTRICT
PART OF THE CITIES OF
CHESAPEAKE AND VIRGINIA BEACH
POST OFFICE BOX 16207
CHESAPEAKE, VIRGINIA 23328
(757) 546-2435

SENATE

COMMITTEE ASSIGNMENTS:
AGRICULTURE, CONSERVATION AND
NATURAL RESOURCES
COURTS OF JUSTICE
EDUCATION AND HEALTH
TRANSPORTATION

November 29, 2007

The Honorable Kenneth M. Karas
U. S. District Judge
White Plains, NY

Dear Judge Karas:

I write this letter on behalf of Nathan Alexander. I was his High School Principal and have known him since he was a young man. I also hired him as a teacher and coach at Great Bridge High School. He was highly regarded by his students and peers.

Nate, in my opinion, was an excellent teacher and a talented coach. He made a great contribution to the football and track programs. He has made a positive contribution to our community and has been very involved as a community leader and volunteer.

In addition to knowing Nate, I knew his mother well. She was well-known and held in the highest regard here in Chesapeake. His wife is also a graduate of Great Bridge High School and is held in high regard for her contributions to our community.

Please take Nate's positive history and potential into consideration as you determine his sentence.

Sincerely,

Harry B. Blevins

kpc