11/28/07

To Whom It May Concern,

My name is Howard Charles Perry III, I'm a quality control inspector at the Naval Medical Center Portsmouth, Va. For the last 3 years. Previously, I spent 18 years at the Norfolk Naval Shipyard Portsmouth, Va. As a supply clerk and assistant contract manager. I'm 49 years old and have 2 years of college. Being Mr. Alexander's cousin I've been affiliated with him most of my life. I've known him to be sentimental, helpful, concerned, motivated, etc. in all aspects of furthering himself and others. He has brought a lot people from the lowest point of living to being prominent and productive individuals. Human behavior has a process that take steps in time for individuals to turn their life around. His qualities gave people those steps. He never forced anyone into doing what he thought was right for them, but he insist doing the right thing is needed for success. I'm probably one of those persons that God allowed him to intervene in my life, and I say LIFE expressively. Our family strives on giving and teaching direction on discipline and taking full responsibility. My situation was a little difficult until I felt I was comfortable with talking with him about me. I've endured almost 20 years of substance issues that became a daily ritual.

I really wouldn't listen to anyone, but I constantly made excuses to be the person I wasn't. Then one day talking to Mr. Alexander I got on that bus Feb.20, 1998 to take that long ride to a place where few people make it. There it was, the delivery; a program that gave hope, caring, stability, and a beginning of a relationship with my family, my friends, and everyone with a positive outlook on life.

    I got married for the first time on Oct.14.2006. Between My Beautiful Wife and I we have 5 girls and 3 boys and I use those words loosely because their all hardworking ,trusting adults. It's amazing how after all those so called wasted years someone can step in and you cherish everyday as if it was your last. Being happy is really all that matters in reality and nothing or no one can either be blamed or take it away. I first Thank God for his blessings of a new life and then Mr. Alexander for the inspiration to make the difference.

Sincerely, *[signature]*