



# City of Virginia Beach

### AN EQUAL OPPORTUNITY EMPLOYER M/F/H

DEPARTMENT OF PERSONNEL

PRINCESS ANNE EXECUTIVE PARK
2396 COURT PLAZA DRIVE
VIRGINIA BEACH, VIRGINIA 23456-9056

September 22, 1989

Mr. Nathaniel L. Alexander, Jr.
Mr. A's Professional Services, Inc.
3334 Tait Terrace
Norfolk, VA  23513

Dear Mr. Alexander:

It was indeed my pleasure to be a part of the "Contract of the Year Award" banquet and to have an opportunity to meet outstanding contractors and to know their efforts have made a difference in Tidewater communities.

As promised, provided herewith is a City of Virginia Beach Jefferson Cup, lapel pin and a key chain as our way of recognizing your outstanding contributions to our Tidewater cities.

Again, we are extremely proud of you and on behalf of the Mayor and other city officials, we ask that you strive to have many more successful years as a contractor.

Sincerely,

Fagan D. Stackhouse
Director of Personnel

FDS/jmi

cc: The Honorable Meyera E. Oberndorf
    Mayor, City of Virginia Beach

# Certificate of Appreciation

to

**NATHANIEL ALEXANDER, JR.**

For Outstanding Service to the

## JUNIOR ENTREPRENEUR PROGRAM

Sponsored By

**THE NORFOLK MINORITY BUSINESS DEVELOPMENT CENTER**

Funded By
THE U.S. DEPARTMENT OF COMMERCE
MINORITY BUSINESS DEVELOPMENT AGENCY

Operated By
MYERS & MYERS, CPA

*Doretha C. Myers*
Assistant Executive Director

February 28, 1990



# Commonwealth of Virginia

*This certifies that*

NATHANIEL ALEXANDER

*Has successfully completed*

*The Food Service Manager Certification Course*

*in*

*Food Protection given by the*

*Virginia State Department of Health*

*This certificate awarded on the* TWENTY-SECOND *day of*

APRIL     *nineteen hundred and* EIGHTY-SEVEN



_____
STATE HEALTH COMMISSIONER

_____
HEALTH DIRECTOR

_____
INSTRUCTOR






# City of Norfolk
### Virginia



Joseph A. Leafe
Mayor

WHEREAS, Mr. A's Professional Services, Inc., a minority owned business established in 1986 started with 5 employees; and

WHEREAS, since 1986 this company has grown and prospered to where it now employs 90 people; and

WHEREAS, Mr. A's Professional Services has demonstrated a determination to succeed and in so doing, has achieved an 8-A Certification from the federal government for food, janitorial and environmental services; and

WHEREAS, the Norfolk Minority Business Development Center of the United States Department of Commerce has selected Mr. A's Professional Services, Inc., as the "**Minority Contractor of the Year 1989-90**".

NOW, THEREFORE, I, JOSEPH A. LEAFE, Mayor of the City of Norfolk, do hereby commend Mr. A's Professional Service in recognition of this significant accomplishment.

Given under my hand this 9th day of January, 1990.

JOSEPH A. LEAFE
MAYOR

