3981 Dawley Road
Virginia Beach, VA 23457 – 1553
November 27, 2007


The Honorable Kenneth M. Karas
U. S. District Judge
White Plains, New York

Dear Sir:

My name is Ruth Williams Bell. I am a retired Reading Resource Teacher for the City of Virginia Beach, VA. I'm also a member of the National Sorority of Phi Delta Kappa, Inc. Gamma Mu Chapter of Virginia Beach, VA.

I have known Nathaniel for 15 years in many facets of his life. I've watched him in our educational setting and I've also been aware and watched him in the community and religious settings.

During this time, I have had nothing but the utmost respect and admiration for Nathaniel. He has been courteous, helpful, and supportive of our school programs. He has been a reader to students each year during "Reading Month, and has supplied many needed materials. He has accompanied us with students on many field trips. The children love and respect him. He is enthusiastic, multi-talented, and dedicated while helping students as a young man of moral principle and polish. He was a valuable contributor to our educational program.

Each of us has been recreated and transformed by the people with whom we share our lives, each of us in turn embodies something of the other. I feel that the students and we, the teachers, who were affected by Nathaniel are very blessed because we were recreated and transformed by one who sincerely specialized in giving and caring.

In February 16, 2001, Nathaniel was honored by the National Sorority of Phi Delta Kappa, Inc. Gamma Mu Chapter of Virginia Beach, VA because of his contributions to education and service to the community. On his page in the program, it was stated:

> "I can do all things through Christ
> Which strengthens me."
> Phillipians 4:13

I visited Nathaniel at his church, New Bethel Baptist Church when he had solo parts in the choir and at other times by invitation. Again, he was enthusiastic and energetic while giving praises through his religious programs.

Nathaniel has a gentle and delightful sense of humor which stands in his good stead with everyone he comes in contact with. From my observation and association with him; he is tactful, effective, loving, and kind in working and dealing with others and he makes an effective contribution to the world as it pervades our everyday lives.

Yours truly,

*Ruth W. Bell*

(Ms) Ruth W. Bell



# New Bethel Baptist Church

4212 Greenwood Drive
Portsmouth, Virginia 23701-3251
Telephone: (757) 465-3241  Fax: (757) 465-3285

"Making Every Person A New Person In Christ"

ESTABLISHED IN 1887

Bishop James M. Whitaker, Pastor; B.A., M.A., M.Div.
Reverend Mark M. Whitaker, Assistant Pastor; B.S., M.B.A., J.D.

November 28, 2007

The Honorable Judge Kenneth M. Karas
United States Federal District Court for the
   Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

RE: Nathaniel Alexander

Dear Judge Karas:

As the Pastor and Assistant Pastor of New Bethel Baptist Church, we respectfully submit this letter of support for Nathaniel Alexander. It is our hope that you will thoughtfully consider the substance and essence of this letter as you consider the matter regarding Mr. Alexander.

Mr. Alexander has served faithfully at New Bethel Baptist Church since March of 1999. Matter of fact Mr. Alexander and his wife are actively involved in the works of the ministry. In particular, the Alexander family serves in the Music Ministry. Moreover, when the church was in need of a commercial cleaning company, Mr. Alexander offered his company at rates that were below the market rate. We have found Mr. Alexander to have a sincere desire to be a blessing in the ministry of the church.

Furthermore, we are very aware of the contributions that Mr. Alexander and his family have made to hundreds of people in the Tidewater Area of Virginia. The charges against Mr. Alexander are so out of character from his upbringing and involvement in the community. Although Mr. Alexander is a businessman who seeks better opportunities, in our relationship with him, he has always dealt at the highest levels of integrity and has served as a positive role model in the community.

As the Pastors for Mr. Alexander, we have found him to be a very trusting person and one who will be committed to those who are seeking to have positive impacts in the community. We believe that his trust and loyalty to friends allowed him to be used by people seeking to take advantage of his trust. Mr. Alexander comes out of a family environment where trust and loyalty were present. His late mother, Rosa Alexander, was a businesswoman and philanthropist in our community. Mr. Alexander was raised in a household were his mother rose from being a maid to obtaining contracts from the federal government. In this time, this family helped numerous people by giving of their substance and opportunities. Mr. Alexander learned about trust and loyalty through his upbringing. Moreover, his mother instilled integrity and taught him that hard work pays. The background from which Mr. Alexander comes is well known in our community giving us reason to believe that he did not sacrifice his integrity; however, others took advantage of his trust.

Therefore, as Pastors of New Bethel Baptist Church, we respectfully request that Mr. Alexander be shown mercy by this court and be given an opportunity to continue the good works in our community as this has been his essence.


Respectfully Requested,


Bishop James M. Whitaker
Pastor


Rev. Dr. Mark M. Whitaker
Assistant Pastor