LAW OFFICES OF

# BRUCE A. BARKET, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530

BRUCE A. BARKET

TONI MARIE ANGELI

(516) 745-0101
FAX (516) 745-0596
E-MAIL: bbarket@barketlawoffice.com

OF COUNSEL
ANDREA D. HOROWITZ

December 7, 2007

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Room 533
White Plains, NY 10601

      Re:    **United States v. Nathaniel Alexander**
             **Docket. No.: 05-Cr-1067**

Dear Judge Karas

    Enclosed is a letter from Mr. Nathaniel Alexander's wife asking the Court to be lenient when sentencing Mr. Alexander.

    Thank you for considering them.

                          Respectfully submitted,

                          **BARKET & ANGELI, P.C.**

                        By:    /s/
                            Bruce A. Barket, Esq.

Robyn D. Alexander
1000 Melvin Dr.
Portsmouth, Va. 23701
November 29, 2007

The Honorable Kenneth M. Karas
U.S. District Judge
White Plains, NY

Dear Judge Karas,

    I am Robyn Alexander, the wife of Nathaniel Alexander. My husband is my best friend, my companion, my lover, my confidant, my all and all. He is a great father to our son; he treats him like he is his own, even though he is his stepson. Nathaniel is a good provider for our family and our extended family. He looks after his father who is 90 years old. He moved his office desk into his father's home which enables him to oversee his health. In the morning he leaves home early to prepare breakfast for his dad and in the evening he prepares dinner for him. He makes sure that he takes his medicine on time and transports him to all of his doctor appointments. He takes the time to pamper his father in a way that no one could ever replace.

    Nathaniel is a strong Christian man with high moral standards. At church where we hold our membership, he sings tenor in the choir and he directs the Children's Choir. At the school where I teach he is always my right hand during the PTA Music Programs. He is an outstanding stage director, video gopher, MC, you name it. Nathaniel handles the scenery, props and helps with the children's back stage discipline all at the same time. On field trips he will take off from work, become our photographer, and help chaperon. During programs he will go into the audience and encourage the children on stage and sometimes even encourage parent participation. He volunteers some of his time, in January, during reading month, to come into the school and read stories to some of the classes.

    Nathaniel is very much a family man. The three of us try to take a family vacation somewhere once a year. He has helped coached his son's team. They both enjoy playing against each other in video games. Nathaniel doesn't drink, he doesn't smoke, and he is very much a home bodied person as far as night life is concerned. He is very trustworthy and honest. He is the kind of person that will give you the shirt off of his back. He can bring out the best in people and encourage them to believe in themselves.

    Until this case came up, I've never heard my husband say that he got ripped off by someone or he was connected with an associate who was doing unlawful things. We've obviously been blessed not to have had that type of occurrence in our lives. Nathaniel is not a bad person and has never done anything unlawful. As far as I know he has never committed a crime in his life and doesn't associate with criminals. It appears to me it was a grave error to have trusted Steve Riddick.

    I was appalled to hear allegations of infidelity in open court. True or false these are private matters. They are not the business of the U.S. attorney's office nor the court. I love my husband and he loves me. We are devoted to each other and will remain so through this trying time.

    My husband all of his life has stood for and associated himself with people who are God fearing and law abiding. His past reflects it and his family reflects it. Please do not send my husband away from his family who love him very, very much, or his father who is 90 and very dependent on him or his daughter who depends on him because she suffers from seizures. My dad, who is 87, relies on him to fix things around the house. The children's choir director at the church, the children's stage director at school, my son's mentor, he means a lot to a lot of people, most of all me. There has never been and will never be anytime for any unlawful actions in his life, he is too busy being God's greatest gift to me and my son.

Respectfully,

*Robyn D. Alexander*
Robyn D. Alexander



committed to the improvement of marketing

# *Certificate of Appreciation*
# MR. A'S PROFESSIONAL SERVICES

is hereby recognized for having contributed guidance, inspiration and support to the Marketing Education Program of the Virginia Beach City Public Schools. We appreciate your faith and encouragement in this educational program and your efforts in behalf of the youth of this community.

_____  
KELLAM HIGH SCHOOL  
*School*

_____  
*School Official*

_____  
*Buddy Ammon*  
*Coordinator*

_____  
APRIL 24, 1991  
*Date*

**VIRGINIA BEACH CITY PUBLIC SCHOOLS**