*Fee paid E633830*
*$455.00*

# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

Southern  District of  New York

---

UNITED STATES OF AMERICA,

—v.—

NATHANIEL ALEXANDER,
           Defendant.

Docket Number S4 05 CR 1067 (KMK)

HON. KENNETH M. KARAS
(District Court Judge)

Notice is hereby given that **Nathaniel Alexander, the defendant** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [X]; order [ ]; other [ ]; _____ (specify)

entered in this action on **January 11, 2008**.
(date)

Offense occurred after November 1, 1987    Yes [X]    No [ ]

The appeal concerns:    conviction only [ ];    sentence only [ ];    conviction and sentence [X].

Date **January 17, 2008**

TO: MICHAEL GARCIA -- US Attorney
    300 Quarropas Street
    White Plains, NY 10601
    attn: Danya Perry/Daniel Levy
          Assistant US Attorneys

Richard D. Willstatter
(Counsel for Appellant)

Address  Green & Willstatter

200 Mamaroneck Ave., Ste. 605

White Plains, NY 10601

Telephone Number (914) 948-5656

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [X] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>  [ ] Daily copy is available<br>  [ ] U.S. Attorney has placed order<br>  [ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[X] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br>1/11/08 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))    ▶ Method of payment [X] Funds  [ ] CJA Form 24

ATTORNEY'S signature *Richard D. Willstatter*    DATE January 17, 2008

---

▶ **COURT REPORTER ACKNOWLEDGEMENT**     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____    Signature _____
                        (Court Reporter)

**COPY 1 - ORIGINAL**